# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

SCOTT E. RONDELLI and SONYA D. RONDELLI,

      Plaintiffs,

v.                                Case No: 6:13-cv-1646-Orl-22GJK

RYDER SYSTEM, INC., PETER J. TERZIAN, JR., COMMERCIAL CARRIERS, INC., DELAVAN INDUSTRIES, INC. and HANES SUPPLY, INC.,

      Defendants.

## ORDER

This cause is before the Court on the Report and Recommendation (Doc. No. 10) filed on November 5, 2013.

The United States Magistrate Judge has submitted a report recommending that the case be remanded for lack of subject matter jurisdiction.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed November 5, 2013 (Doc. No. 10), is ADOPTED and CONFIRMED and made a part of this Order.

2. This case is REMANDED to the Circuit Court of the Ninth Judicial Circuit, in and for Orange County, Florida (Case No. 2013CA11354).

3. The Clerk is directed to CLOSE the file.

**DONE** and **ORDERED** in Orlando, Florida on November 20, 2013.

ANNE C. CONWAY
United States District Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties

- 2 -